UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| |
|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, and DRUG ENFORCEMENT ADMINISTRATION <br><br> Defendants. |

Civil Action No. 1:19-CV-12242

## AFFIDAVIT OF SERVICE

I, Taïsha Lazare, hereby state and affirm as follows:

1. I am the Paralegal and Pro Bono Coordinator at the American Civil Liberties Union of Massachusetts in the above-captioned matter.

2. On November 1, 2019, I served the Summons and Complaint in this action upon the following, by certified mail, return receipt requested:

William Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152

FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Signed under the penalties of perjury this 1st day of November, 2019.

*[signature]*
Taïsha Lazare