UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, and DRUG ENFORCEMENT ADMINISTRATION<br><br>        Defendants. | C.A. No. 1:19-CV-12242-WGY |

## JOINT STATEMENT

Plaintiffs American Civil Liberties Union ("ACLU") and American Civil Liberties Union of Massachusetts ("ACLUM") (collectively, the "Plaintiffs") and Defendants United States Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), and Drug Enforcement Administration ("DEA") (collectively, the "Defendants") hereby submit this joint statement and proposed schedule for the litigation.

This is a FOIA case arising from a request for records submitted by the Plaintiffs to the Defendants on January 18, 2019.  *See* Complaint (D.E. 1) ¶23 & Ex. A.  The parties previously conferred regarding the proposed schedule for the initial phase of this litigation.  The parties jointly proposed, and the Court adopted, the following schedule:

- February 17, 2020: DEA produces all responsive records;

- March 16, 2020: FBI begins rolling production of responsive records; and

- May 15, 2020: Parties submit status report and updated scheduling proposal, including proposed deadline for FBI to complete production of records.

The parties report that DEA has now completed its intended production, and Plaintiffs are reviewing those records. FBI made an initial production, but has been delayed in making further productions due to logistical difficulties arising from the coronavirus pandemic. The FBI anticipates making a further production in late May or early June.

Accordingly, in light of the delays resulting from the pandemic, the parties respectfully request that the Defendants' obligations to answer or otherwise respond to the Complaint be temporarily stayed, pending the further scheduling proposal of the parties to be submitted on June 15, 2020.

Dated: May 15, 2020                                              Respectfully submitted,

FOR THE PLAINTIFFS,                                              FOR THE DEFENDANTS:

*/s/ Daniel L. McFadden*                                         ANDREW E. LELLING
David Glod, BBO# 676859                                          United States Attorney
Nathaniel C. Donohue, BBO# 694274
Rich May, P.C.
176 Federal Street, 6th Floor                    By:    /s/ *Susan M. Poswistilo*
Boston, MA 02110                                        SUSAN M. POSWISTILO
(617) 556-3800                                          Assistant U.S. Attorney
dglod@richmaylaw.com                                    John J. Moakley Federal Courthouse
ndonoghue@richmaylaw.com                                One Courthouse Way, Ste. 9200
                                                        Boston, MA  02210
Matthew R. Segal (BBO #654489)                          (617) 748-3103
Daniel L. McFadden (BBO #676612)                        susan.poswistilo@usdoj.gov
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org

Brett Max Kaufman *
Nathan Freed Wessler * (BBO #680281)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bkaufman@aclu.org

nwessler@aclu.org

*admitted *pro hac vice*