# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, and DRUG ENFORCEMENT ADMINISTRATION,<br><br>Defendants. | C.A. No. 1:19-cv-12242-WGY |

## JOINT MOTION TO CLARIFY DEADLINES

The parties herein jointly request clarification of the deadlines set by the Court's Order dated January 19, 2021 (ECF No. 29) (the "Order").

Plaintiffs understand the Court's Order to provide for the Defendants to deliver a Vaughn index within 6 weeks, counsel to confer within 8 weeks (2 months) and Defendants to file any summary judgment motion within 10 weeks, with all of those deadlines running from the date of the Order. Defendants understood the Court's order to provide that each deadline would run from the previous deadline. The Plaintiffs' understanding would have the Defendants filing a summary judgment motion by March 30, 2021, whereas the Defendants' schedule would have the summary judgment motion filed on or before July 6, 2021.

Additionally, the parties agree that Defendants should be the first to file their summary judgment motion, with the Plaintiffs then having an opportunity to file a cross-motion for summary

1

judgment together with their opposition to Defendants' motion. To the extent that is not contemplated by the Order (which provides for "any summary judgment motions to be filed within ten weeks") the parties respectfully request that the Order be amended to reflect that procedure.

WHEREFORE, the parties respectfully request that the Court amend its Order dated January 19, 2021 to clarify the matters identified herein.

                Respectfully submitted,

FOR THE PLAINTIFFS

/s/ David Glod
David Glod (BBO #676859)
RICH MAY, P.C.
176 Federal Street, 6th Floor
Boston, MA  02110
(617) 556-3852
dglod@richmaylaw.com

FOR THE DEFENDANTS

/s/ *Susan M. Poswistilo*
SUSAN M. POSWISTILO
Assistant U.S. Attorney
John J. Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3103
susan.poswistilo@usdoj.gov

Date:  January 28, 2021

**Certificate of Service**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on January 28, 2021.

                                                        /s/ David Glod
                                                        David Glod