UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, and DRUG ENFORCEMENT ADMINISTRATION,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 1:19-cv-12242-WGY |

**JOINT MOTION TO REOPEN ACTION**
**AND STIPULATION OF DISMISSAL**

The parties herein jointly move to reopen this action, which was closed without entry of judgment pursuant to the Court's Order dated October 13, 2021 (Document No. 41). Upon reopening of the action, the parties stipulate that this action be dismissed pursuant to Fed. R. Civ. P. 41(a)(ii).

                                                     Respectfully submitted,

                                                     FOR THE PLAINTIFFS

                                                     */s/ David Glod*
                                                   David Glod (BBO #676859)
                                                   RICH MAY, P.C.
                                                   176 Federal Street, 6th Floor
                                                   Boston, MA  02110
                                                   (617) 556-3852
                                                   dglod@richmaylaw.com

FOR THE DEFENDANTS

 */s/ Thomas E. Kanwit*
THOMAS E. KANWIT
Assistant U.S. Attorney
John J. Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3271
Thomas.Kanwit@usdoj.gov

Date:  June 5, 2024

**Certificate of Service**

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on June 5, 2024.

     */s/ David Glod*
     David Glod